**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1049**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMMETT MADISON GRAHAM, JR.,

Claimant - Appellant,

and

GRAHAM LAND, COLUMBUS COUNTY, physically located at Rt. 1, Richard Wright Road, Columbus County, NC and being titled in the names of EMMETT GRAHAM, JR. and wife EVELYN M. GRAHAM (a concurrent life estate) and EMMETT MADISON GRAHAM, III and RODNEY LEE GRAHAM (The Remainder Interest in Fee Simple as Tenants in Common); and any and all proceeds from the sale of said property,

Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CA-99-178-7-F)

---

Submitted:  June 23, 2004          Decided:  August 4, 2004

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Emmett Madison Graham, Jr., Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this forfeiture proceeding, Emmett Madison Graham, Jr., appeals the district court's order, after remand from this court, granting the Government summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Graham, No. CA-99-178-7-F (E.D.N.C. Dec. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED